September 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ABOUND NETWORKS, INC., Appellant

NO. 14-13-00342-CV                    V.

STEVE VEEDELL AND VEEDELL LLC D/B/A INTEGRITY ROOFING
SERVICES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 4, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Abound Networks, Inc.

We further order this decision certified below for observance.